## STATE

v.

## Frederick B. PORTER, III.

No. 80–99–C.A.

Supreme Court of Rhode Island.

April 17, 1980.

Dennis J. Roberts II, Atty. Gen., Stephen Lichatin III, Spec. Asst. Atty. Gen., Chief, Appellate Division, for plaintiff.

Schreiber Law Associates, Ira L. Schreiber, Providence, Sharp, Randolph & Green, A. Raymond Randolph, Jr., Richard A. Kaplan, Washington, D. C., for defendant.

## ORDER

The defendant's motion to dismiss this appeal is denied.